**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: SCOTT, JEFFREY          § | Case No. 09-36289 |
| SCOTT, GINGER             § | |
| § | |
| Debtor(s)                                        § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/17/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 05/11/2011          By: /s/ Michael G. Berland
                                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SCOTT, JEFFREY § | Case No. 09-36289 |
| SCOTT, GINGER § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 16,671.24

*and approved disbursements of*      $ 450.00

*leaving a balance on hand of* [1]      $ 16,221.24

**Balance on hand:**      $ 16,221.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 16,221.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,417.11 | 0.00 | 2,417.11 |

Total to be paid for chapter 7 administration expenses:   $ 2,417.11
Remaining balance:   $ 13,804.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 13,804.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,804.13

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 23,144.57 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 59.6 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank, DFS Services LLC | 7,924.62 | 0.00 | 4,726.44 |
| 2 | Chase Bank USA, N.A. | 15,219.95 | 0.00 | 9,077.56 |

Total to be paid for timely general unsecured claims: $ 13,804.00
Remaining balance: $ 0.13

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.13

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||  |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.13

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeffrey Scott  
Ginger Scott  
      Debtors

Case No. 09-36289-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mjerdine     Page 1 of 2     Date Rcvd: May 13, 2011  
                         Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2011.

```
db/jdb     +Jeffrey Scott,   Ginger Scott,    7304 Atkinson Circle,    Plainfield, IL 60586-5946
aty        +Thomas W Toolis,    Jahnke, Sullivan & Toolis, LLC,    9031 West 151st Street,    Suite 203,
             Orland Park, IL 60462-6563
tr         +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
14515899   +AT & T,    PO BOX 8212,    Aurora, IL 60572-8212
14515900    ATT,    AttnL AT&T U-verse,    P.O. Box 5014,    Carol Stream, IL 60197-5014
14515901    Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15808791    Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
14515902   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
14515904   +City of Joliet Municipal Services,    150 W. Jefferson St.,    Joliet, IL 60432-4158
14515906    Cook County Dept.,    of Environmental Control,    P.O. Box 641547,    Chicago, IL 60664-1547
14515908    Groot Industries, Inc.,    P.O. Box 92257,    Elk Grove Village, IL 60009-2257
14515909   +Harris N.a.,    111 W Monroe,    Chicago, IL 60603-4095
14515911  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  INTERNAL REVENUE SERVICE,    MAIL STOP 5010 CHI,    230 SOUTH DEARBORN,
             Chicago, IL 60604)
14515910    Indiana Insurance,    P.O. Box 6486,    Carol Stream, IL 60197-6486
14515912    Joliet Radiological Service Corp,    36910 Treasury Center,    Chicago, IL 60694-6900
14515913    Linebarger Goggan Blair & Sampson,    Attorneys at Law,    PO Box 06140,    Chicago, IL 60606-0140
14515914   +Mortgage Service Cente,    Sbrp - 4001 Leadenhall Rd,    Mt Laurel, NJ 08054-4611
14515916    National City,    PO Box 856177,    Louisville, KY 40285-6177
14515915    National City,    Commercial Services,    PO Box 1030,    Oshtemo, MI 49077-1030
14515917   +Orkin Commercial Services,    603 Diehl Road, Suite 124,    Naperville, IL 60563-4904
14515918    Prairie Emergency Phys,    P.O. Box 189016,    Plantation, FL 33318-9016
14515919    Provena Service Corporation,    75 Remittance Drive, Suite 1473,    Chicago, IL 60675-1473
14515920   +Village of Brookfield,    8820 Brookfield Avenue,    Brookfield, IL 60513-1688
14515921   +Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
14515922   +Will County Medical Associates, SC,    2100 Glenwood Avenue,    Joliet, IL 60435-5487
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14515904   +E-mail/Text: lheglund@jolietcity.org May 13 2011 23:07:52      City of Joliet Municipal Services,
             150 W. Jefferson St.,    Joliet, IL 60432-4158
14515905    E-mail/Text: legalcollections@comed.com May 13 2011 22:55:36      Com Ed,    Bill Payment Center,
             Chicago, IL 60668-0001
15713506    E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 23:48:27      Discover Bank,
             DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
14515907   +E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 23:48:27      Discover Fin Svcs Llc,
             Po Box15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14515903   ##+Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mjerdine              Page 2 of 2             Date Rcvd: May 13, 2011
                              Form ID: pdf006             Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**          **Signature:** _Joseph Speetjens_