# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SCOTT, JEFFREY § Case No. 09-36289 | |
| SCOTT, GINGER § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $362,364.60               Assets Exempt:   $12,944.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,804.31      Claims Discharged
                                                 Without Payment: $138,354.78

Total Expenses of Administration: $2,867.11

---

3) Total gross receipts of $    16,671.42    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $16,671.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $303,498.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,867.11 | 2,867.11 | 2,867.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 151,911.65 | 23,144.57 | 23,144.57 | 13,804.31 |
| **TOTAL DISBURSEMENTS** | $455,409.65 | $26,011.68 | $26,011.68 | $16,671.42 |

4) This case was originally filed under Chapter 7 on September 30, 2009. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/20/2011          By:  /s/MICHAEL G. BERLAND
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Harris account-scheduled | 1129-000 | 2,300.00 |
| Tax refund-unscheduled | 1224-000 | 14,366.00 |
| Interest Income | 1270-000 | 5.42 |
| **TOTAL GROSS RECEIPTS** | | **$16,671.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Mortgage Service Cente | 4110-000 | 23,238.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 4110-000 | 22,506.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 152,717.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 89,431.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 15,606.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$303,498.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,417.11 | 2,417.11 | 2,417.11 |
| Jeffrey & Ginger Scott | 3410-000 | N/A | 450.00 | 450.00 | 450.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,867.11 | 2,867.11 | 2,867.11 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank, DFS Services LLC | 7100-000 | 7,924.00 | 7,924.62 | 7,924.62 | 4,726.55 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 14,973.13 | 15,219.95 | 15,219.95 | 9,077.76 |
| NOTFILED | National City | 7100-000 | 27,150.09 | N/A | N/A | 0.00 |
| NOTFILED | National City Commercial Services | 7100-000 | 97,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Orkin Commercial Services | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | Linebarger Goggan Blair & Sampson Attorneys at Law | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena Service Corporation | 7100-000 | 406.45 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Will County Medical Associates, SC | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Brookfield | 7100-000 | 823.20 | N/A | N/A | 0.00 |
| NOTFILED | Joliet Radiological Service Corp | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Emergency Phys | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 1,141.62 | N/A | N/A | 0.00 |
| NOTFILED | AT & T | 7100-000 | 74.94 | N/A | N/A | 0.00 |
| NOTFILED | INTERNAL REVENUE SERVICE | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | ATT | 7100-000 | 224.11 | N/A | N/A | 0.00 |
| NOTFILED | City of Joliet Municipal Services | 7100-000 | 98.23 | N/A | N/A | 0.00 |
| NOTFILED | Groot Industries, Inc. | 7100-000 | 141.78 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Dept. of Environmental Control | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Insurance | 7100-000 | 135.10 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 151,911.65 | 23,144.57 | 23,144.57 | 13,804.31 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-36289  
**Case Name:** SCOTT, JEFFREY  
  SCOTT, GINGER  
**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 09/30/09 (f)  
**§341(a) Meeting Date:** 11/16/09  
**Claims Bar Date:** 09/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7304 Atkinson Circle,Plainfield-scheduled | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2203 Madonna,Joliet-scheduled | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Business checking-schedueld | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking-Mid America-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking National City-scheduled | 80.00 | 0.00 | DA | 0.00 | FA |
| 6 | Money market account-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking Harris account-scheduled | 2,300.00 | 2,300.00 |  | 2,300.00 | FA |
| 8 | Checking West Suburban Bank-scheduled | 60.00 | 0.00 | DA | 0.00 | FA |
| 9 | Security deposit landlord-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household furnshings-schedueld | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Books and pictures-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Roller blades etc-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | Life insurance policy-scheduled | 4,093.50 | 0.00 | DA | 0.00 | FA |
| 15 | Shares in Scott Group Investments-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Paychex stock-scheduled | 7,331.10 | 0.00 | DA | 0.00 | FA |
| 17 | 2008 Toyota Highland-scheduled | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2009 Nissan-scheduled | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Printer/fax/scanner-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Business equipment-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | Miscellaneous supplies-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 22 | Tax refund-unscheduled  (u) | 0.00 | 14,366.00 |  | 14,366.00 | FA |
| 23 | Account for rental property-ational City-sched | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 5.42 | Unknown |
| 24 | Assets   Totals (Excluding unknown values) | **$364,664.60** | **$16,666.00** |  | **$16,671.42** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-36289  
**Case Name:** SCOTT, JEFFREY  
SCOTT, GINGER  
**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 09/30/09 (f)  
**§341(a) Meeting Date:** 11/16/09  
**Claims Bar Date:** 09/30/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

The Trustee liqiuidated certain assets and should be able to file a Final Report in 2011.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013    **Current Projected Date Of Final Report (TFR):**   December 31, 2013

Printed: 10/20/2011 01:38 PM    V.12.57

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-36289  
**Case Name:** SCOTT, JEFFREY  
SCOTT, GINGER  
**Taxpayer ID #:** **-***6984  
**Period Ending:** 10/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | {22} | Harris Bank | Federal tax refund | 1224-000 | 14,366.00 | | 14,366.00 |
| 04/21/10 | {7} | Law Offices of Jahnke & Toolis | Proceeds of Harris non-exempt bank account | 1129-000 | 2,300.00 | | 16,666.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 16,666.28 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 16,667.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.96 | | 16,668.23 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 16,669.22 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 16,670.21 |
| 09/23/10 | 1001 | Jeffrey & Ginger Scott | Payment of expense per court order for tax returns | 3410-000 | | 450.00 | 16,220.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,220.34 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,220.47 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,220.60 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,220.73 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,220.86 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,220.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,221.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,221.24 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,221.37 |
| 06/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 16,221.42 |
| 06/14/11 | | To Account #9200******4366 | Transfer for purpose of final distribution | 9999-000 | | 16,221.42 | 0.00 |

|  |  | ACCOUNT TOTALS | 16,671.42 | 16,671.42 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 16,221.42 | |
|  |  | **Subtotal** | 16,671.42 | 450.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$16,671.42** | **$450.00** | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-36289  
**Case Name:** SCOTT, JEFFREY  
SCOTT, GINGER  
**Taxpayer ID #:** **-***6984  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/11 | | From Account #9200******4365 | Transfer for purpose of final distribution | 9999-000 | 16,221.42 | | 16,221.42 |
| 06/21/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,417.11, Trustee Compensation; Reference: | 2100-000 | | 2,417.11 | 13,804.31 |
| 06/21/11 | 102 | Discover Bank, DFS Services LLC | Dividend paid 59.64% on $7,924.62; Claim# 1; Filed: $7,924.62; Reference: | 7100-000 | | 4,726.55 | 9,077.76 |
| 06/21/11 | 103 | Chase Bank USA, N.A. | Dividend paid 59.64% on $15,219.95; Claim# 2; Filed: $15,219.95; Reference: | 7100-000 | | 9,077.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,221.42 | 16,221.42 | $0.00 |
| | | | Less: Bank Transfers | | 16,221.42 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,221.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,221.42** | |

{} Asset reference(s)

Printed: 10/20/2011 01:38 PM  V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-36289 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| **Case Name:** | SCOTT, JEFFREY | | **Bank Name:** | The Bank of New York Mellon |
| | SCOTT, GINGER | | **Account:** | 9200-******43-67 - Money Market Account |
| **Taxpayer ID #:** | **-***6984 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 10/20/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :    16,671.42

Net Estate :    $16,671.42

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******43-65** | 16,671.42 | 450.00 | 0.00 |
| **Checking # 9200-******43-66** | 0.00 | 16,221.42 | 0.00 |
| **MMA # 9200-******43-67** | 0.00 | 0.00 | 0.00 |
| | $16,671.42 | $16,671.42 | $0.00 |

{} Asset reference(s)    Printed: 10/20/2011 01:38 PM    V.12.57